# ELECTRONIC RECORD

COA #   12-13-00260-CR                           OFFENSE:   21.1

STYLE:   Oscar Hernandez v. The State of Texas        COUNTY:   Cherokee

COA DISPOSITION:     AFFIRMED              TRIAL COURT:   2nd District Court

DATE: 5/29/2015                Publish: NO   TC CASE #:        17,690

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Oscar Hernandez v. The State of Texas          CCA #:        **736-15**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE:        _____

_____REFUSED_____             JUDGE:        _____

DATE: 11/24/2015                SIGNED: _____        PC: _____

JUDGE: _____           PUBLISH: _____       DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**